IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH DAVID HARMON,<br><br>Defendant. | Case No. 22-CR-337-JFH |

## OPINION AND ORDER

Before the Court is a Motion to Dismiss the Indictment Without Prejudice ("Motion") filed by the United States of America ("Government"). Dkt. No. 36. The Government requests leave to dismiss the indictment [Dkt. No. 2] without prejudice as to Defendant Jeremiah David Harmon ("Defendant"). *Id.*

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charge against Defendant is not contrary to the public interest, nor is it for an improper purpose. The Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss the Indictment Without Prejudice [Dkt. No. 36] is GRANTED and the Indictment [Dkt. No. 2] is dismissed without prejudice as to Defendant Jeremiah David Harmon.

Dated this 16th day of February 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE